**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EDUARDO ECHEGOYEN COHEN,

                Plaintiff,
   -against-                                         21 **CIVIL** 5025 (PAC)

                                                        **<u>JUDGMENT</u>**

UR M. JADDOU, Director of United States
Citizenship and Immigration Services,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 15, 2023, the motion to dismiss is GRANTED without prejudice to its renewal should Plaintiff's application remain pending to an unreasonable degree; accordingly, the case is closed.

**Dated:**  New York, New York
       March 16, 2023

                                                             **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                          **BY:**    *K. Mango*

                                                                  **Deputy Clerk**